UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT, et al.,<br><br>    Defendants. | No. 2:18-cv-1752-EFB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to submit either the filing fee or the in forma pauperis application required by § 1915(a).

Plaintiff's request (ECF No. 5) is granted and plaintiff has 30 days from the date this order is served to file his in forma pauperis application or pay the filing fee.

So ordered.

Dated: July 10, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE