UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT, et al.,<br><br>    Defendants. | No. 2:18-cv-1752-JAM-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The assigned Magistrate Judge recommended that plaintiff's application to proceed in forma pauperis be denied because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). On May 17, 2019, the Court adopted that recommendation and denied plaintiff's application but granted him fourteen days within which to pay the $400 filing fee for this action. ECF No. 45. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. Id. Plaintiff has not paid the fee or otherwise responded to the order.[1]

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: July 25, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge